No. 4946.—Brown, apldo. v. The Porto Rico Ore Co., aplte.—C. D. San Juan. ▬▬▬▬ Abril 23, 1929. Interpuesta la apelación en este pleito el 9 de enero de 1929 y habiendo vencido el 5 de abril la última prórroga concedida al apelante para presentar en la corte inferior la transcripción de la evidencia para su aprobación sin que la haya radicado y sin que tampoco haya presentado en este tribunal la transcripción del legajo de la sentencia, se desestima esta apelación, como solicita el apelado.

No. 657.—American Colonial Bank y Banco Industrial de Puerto Rico, peticionarios, v. Corte de Distrito, y Somohano, demandados.—▬▬▬ Abril 23, 1929. Apareciendo que se ha presentado en la corte inferior una petición para que sea reconsiderada la resolución contra la cual se ha interpuesto este certiorari, y no alegándose que haya sido resuelta, no ha lugar a expedir el auto interesado.

El Juez Presidente Señor del Toro no intervino.